No. 91–7917. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7921. JAKOBETZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7933. STODOLA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–7960. BOWDEN *v.* CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–7974. LOWERY *v.* MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 91–7980. WALKER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–7984. DUNN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–7995. AGUILAR-ARANCETA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–8000. CATALA FONFRIAS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–8003. MARTINEZ GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8005. RUIZ-BATISTA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–8036. BANISTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8043. STURDIVANT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8050. GIL-OSORIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–8052. JOHNSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–8053. TOLES *v.* JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.